■ In the Matter of SHAWN C. A. and Another, Children Alleged to be Permanently Neglected. SOCIETY OF SEAMENS CHILDREN et al., Respondents; GLORIA A., Appellant.

The petitioner agency sustained its burden of proving by clear and convincing evidence that it exercised diligent efforts to strengthen the parent-child relationship and to reunite the family and that the mother failed to plan for the future of the child (*Matter of Sheila G.,* 61 NY2d 368). The admission into evidence of the entire case file does not warrant reversal. The mother's counsel was afforded the opportunity to examine the file prior to the trial (*Matter of Leon RR.,* 48 NY2d 117, 123-124; *Matter of Rosemary D.,* 78 AD2d 889). Moreover, the court did not abuse its discretion in appointing cocounsel for the mother and granting a four-week adjournment on the mother's request, made more than halfway through the hearing, to relieve her retained counsel (*cf. People v Arroyave,* 49 NY2d 264). Finally, on this record we conclude the dispositional orders were appropriate. Mangano, J. P., Brown, Niehoff and Lawrence, JJ., concur.